1 Young Cho
Attorney at Law: 189870
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com
5 Attorneys for Plaintiff
Lisa Kay Lujan

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| LISA KAY LUJAN, | Case No.: 1:13-cv-02041-GSA |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO SERVE THE SUMMONS, COMPLAINT AND OTHER DOCUMENTS |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the deadline in which Plaintiff must serve the summons, complaint and other documents in accordance with paragraph 1 of the Court's Scheduling Order, shall be extended to June 6, 2014, and that all subsequent deadlines set forth in the Scheduling Order shall be extended accordingly.

Counsel for plaintiff has caused the need for this extension request. Although counsel for plaintiff did attempt to comply with paragraph 1 of the Scheduling Order in good faith, counsel for plaintiff made the mistake of

referencing the old case number, which is properly deemed to be closed by the CM/ECF system.  This caused the confusion that led to this delay.  Counsel for plaintiff apologizes to the Court and to all those involved for this oversight.  The parties respectfully request that the Court grant this extension request for the proper briefing of this claim.

    IT IS SO STIPULATED.

DATE:  June 6, 2014          Respectfully submitted,

                          LAW OFFICES OF LAWRENCE D. ROHLFING

                          /s/ *Young Cho*
BY:  _____
      Young Cho
      Attorney for plaintiff LISA KAY LUJAN

DATE:  June 6, 2014          BENJAMIN B. WAGNER
                          United States Attorney

BY:   /s/ *Benjamin E. Hall*_____
      Benjamin E. Hall
      Special Assistant United States Attorney
      Attorneys for Defendant CAROLYN W. COLVIN
      Acting Commissioner of Social Security

**ORDER**

    Based on the parties' stipulation set forth above, Plaintiff shall serve the summons, complaint and other documents specified in paragraph 1 of the Court's Scheduling Order on Defendant, on or before June 13, 2014.  Other deadlines specified in the Scheduling Order are modified accordingly.

IT IS SO ORDERED.

    Dated:   **June 9, 2014**                    _____ /s/ Gary S. Austin
                                                   UNITED STATES MAGISTRATE JUDGE