BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SB 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
TOVA WOLKING, CSBN 259782
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: tova.wolking@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LISA KAY LUJAN, | Case No. 1:13-cv-02041-GSA |
| Plaintiff, | **STIPULATION AND ORDER REMANDING CASE** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |
| Defendant. | (Doc. No. 19) |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

    Upon remand, the Office of Disability Adjudication and Review (ODAR) will remand this case to an Administrative Law Judge (ALJ) for further development of the record and a new decision. ODAR will also direct the ALJ to further evaluate Plaintiff's impairments and residual functional capacity. It will direct the ALJ to further evaluate Plaintiff's ability to perform her past relevant work and obtain supplemental vocational expert testimony if necessary.

Respectfully submitted,

DATE: <u>December 30, 2014</u>                    LAW OFFICES OF LAWRENCE D. ROHLFING

                                         By:    <u>/s/ Young Cho</u>
                                                YOUNG CHO
                                                Attorney for Plaintiff

DATE: <u>December 30, 2014</u>                    BENJAMIN B. WAGNER
                                                United States Attorney

                                         By:    <u>/s/ Tova D. Wolking</u>
                                                TOVA D. WOLKING
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

## ORDER

Pursuant to the above stipulation, this matter shall be remanded to the Commissioner as authorized by sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the parties' joint stipulation and judgment shall be entered for Plaintiff.

On remand, the Administrative Law Judge shall further evaluate Plaintiff's impairment and residual functional capacity and Plaintiff's ability to perform her past relevant work and shall obtain supplemental vocational expert testimony, if necessary.

The Clerk of the Court is directed to enter final judgment in favor of Plaintiff Lisa Kay Lujan against Defendant Carolyn W. Colvin, the Acting Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

   Dated:    **January 4, 2015**                    /s/ Gary S. Austin
                                                UNITED STATES MAGISTRATE JUDGE