Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Lisa Kay Lujan

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA KAY LUJAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:13-cv-02041-GSA<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Lisa Kay Lujan be awarded attorney fees and expenses in the amount of one thousand six hundred dollars ($1,600.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on

1  behalf of Plaintiff by counsel in connection with this civil action, in accordance
2  with 28 U.S.C. §§ 1920; 2412(d).

3  After the Court issues an order for EAJA fees to Lisa Kay Lujan, the
4  government will consider the matter of Lisa Kay Lujan's assignment of EAJA fees
5  to Young Cho.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the
6  ability to honor the assignment will depend on whether the fees are subject to any
7  offset allowed under the United States Department of the Treasury's Offset
8  Program.  After the order for EAJA fees is entered, the government will determine
9  whether they are subject to any offset.

10  Fees shall be made payable to Lisa Kay Lujan, but if the Department of the
11  Treasury determines that Lisa Kay Lujan does not owe a federal debt, then the
12  government shall cause the payment of fees, expenses and costs to be made
13  directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment
14  executed by Lisa Kay Lujan.  *United States v. $186,416.00*, 722 F.3d 1173, 1176
15  (9th Cir. 2013) (*$186,416.00 II*)  (ordering fees paid to counsel because of an
16  assignment that did not interfere with a raised superior lien).[1]  Any payments made
17  shall be delivered to Young Cho.

---

[1] The Commissioner does not stipulate to the citation of *$186,416.00 II*, and will not participate in representing to this Court that it carries legal import in these proceedings.  *$186,416 II* involved a different statute and very different factual circumstances than those presented here, or in other Social Security cases. Because the parties have agreed to the payment of EAJA fees, and the amount, and to avoid motion practice solely related to Plaintiff's citation, the Commissioner agrees to this stipulation. The Commissioner reserves the right to challenge the applicability of *$186,416 II* to any Social Security case, and this Stipulation should not be construed as a waiver of such reservation.

Lisa Lujan contends that *U.S. v. $186,416.00 in U.S. Currency*, 642 F.3d 753, 757 (9th Cir. 2011) (*$186,416.00 I*) held that there is no functional difference between the CAFRA and EAJA in terms of "ownership" of the fee.

This stipulation constitutes a compromise settlement of Lisa Kay Lujan's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Lisa Kay Lujan and/or Young Cho including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Young Cho and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: February 9, 2015          Respectfully submitted,

                                LAW OFFICES OF LAWRENCE D. ROHLFING

                                        /s/ *Young Cho*
                            BY:_____
                                Young Cho
                                Attorney for plaintiff Lisa Kay Lujan

DATE: February 9, 2015          BENJAMIN B. WAGNER
                                Acting United States Attorney


                                        /s/ *Tova D. Wolking*
                                _____
                                Tova D. Wolking
                                Special Assistant United States Attorney
                                Attorneys for Defendant Carolyn W. Colvin,
                                Acting Commissioner of Social Security
                                (Per e-mail authorization)

**ORDER**

Pursuant to the above stipulation between the parties, the Plaintiff shall be awarded attorney fees and expenses in the amount of one thousand six hundred dollars ($1,600.00) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). This award is subject to the terms of the above-referenced stipulation and payments shall be made pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), as outlined above.

IT IS SO ORDERED.

Dated:   **February 11, 2015**                      **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE